■ The People of the State of New York, Respondent, v Reginald Aaron Harris, Appellant.—Judgment unanimously affirmed *(see, People v Presley,* 136 AD2d 949). (Appeal from judgment of Monroe County Court, Celli, J.—kidnapping, first degree.) Present—Doerr, J. P., Denman, Boomer, Green and Lawton, JJ.